UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERT MILLER**
    **Plaintiff**

    **V.**

**MICHAEL MALONEY et al**
    **Defendant**

**CIVIL ACTION
NO. 04-12736-MLW**

### ORDER OF DISMISSAL

**WOLF, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on  JUNE 22, 2005  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                      By the Court,

**August 31, 2005**                       /s/ Dennis O'Leary
    Date                                       Deputy Clerk

(4mdism.ord - 09/96)                                                       [odism.]